UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH AMOS ECKERT,

    Plaintiff,

v.

JEFFREY ARENDELL,

    Defendant.

Case No. 3:18-cv-01149-JPG-GCS

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The plaintiff has filed a motion to voluntarily dismiss this case with prejudice. (ECF No. 23.) Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case under circumstances like these on terms that the Court considers proper. And here, given (1) the plaintiff's statement that he does not believe that he should pursue this matter any further; and (2) the defendant's lack of objection to the plaintiff's motion, the Court finds good cause to dismiss this case pursuant to Rule 41(a)(2). The Court accordingly **GRANTS** the plaintiff's motion (ECF No. 23) and **DISMISSES** this case **WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: MAY 6, 2019**

                                                <u>s/ *J. Phil Gilbert*</u>
                                                **J. PHIL GILBERT**
                                                **U.S. DISTRICT JUDGE**